IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:22cr353-MHT** |
| | ) | (WO) |
| **JOHN HOOKS, III** | ) | |

**SUPPLEMENTAL ORDER ON TREATMENT-RELATED
CONDITIONS OF SUPERVISED RELEASE**

In accordance with the conditions of supervision in the judgment of conviction entered today, it is ORDERED that:

(1) Within 30 days of the commencement of supervised release, the United States Probation Office shall arrange for defendant John Hooks, III to receive mental-health treatment to address the issues identified in the evaluations by Dr. H. Randall Griffith (Doc. 46-1) and Dr. John Blackshear (Doc. 46-2). The treatment shall include, first, a psychiatric consultation to set up medication management for treatment mental disorders and to ensure that there is no break in any treatment with psychotropic medication that defendant Hooks received in prison. The treatment shall also include

psychotherapy at least twice per month, unless otherwise indicated by the psychotherapist. The psychotherapy should address the childhood traumas identified in the evaluations and utilize cognitive behavioral therapy as appropriate to assist defendant Hooks in coping with grief, adjustment to life outside prison, and avoiding substance abuse.

    (2) The United States Probation Office shall ensure that, prior to beginning treatment, any mental-health practitioner treating defendant Hooks receives copies of the psychological evaluations conducted by Dr. H. Randall Griffith (Doc. 46-1) and Dr. John Blackshear (Doc. 46 2).

    (3) Within 70 days of the commencement of supervised release, the United States Probation Office shall file a report on the status of the arrangements required above and on how defendant Hooks is faring.

    DONE, this the 22nd day of November, 2023.

                      /s/ Myron H. Thompson
                      **UNITED STATES DISTRICT JUDGE**